**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Floyd Bell,

Plaintiff(s),

v.

Doe 1 Driver, et al.,

Defendant(s).

Case No. 2:26-cv-02504-NJK[1]

**ORDER**

In response to the Court's order to show cause, Docket No. 6, Defendant Southwest consents to remand to state court, Docket No. 7. Accordingly, this case is hereby **REMANDED** to the Eighth Judicial District Court, Case No. A-26-949840-C, Department 26. The Clerk's Office is instructed to **CLOSE** this case.

IT IS SO ORDERED.

Dated: August 20, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] This case is proceeding before the undersigned magistrate judge as part of the opt-out consent program. *See* Docket Nos. 4-5; *see also* Gen. Order 2023-11.